UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 90-69(1)(DSD)

United States of America,

    Plaintiff,

v. **ORDER**

Dale Edward Ailport,

    Defendant.

This matter is before the court upon the motion for furlough or to set aside sentence by defendant Dale Edward Ailport. Defendant is a federal inmate serving a 360-month sentence for aiding and abetting distribution of methamphetamine, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1). He seeks a five-day, temporary release to visit his sister, who has been diagnosed with stage-IV lung cancer.

Defendant argues that the All Writs Act, 28 U.S.C. § 1651, empowers the court to grant a furlough or temporarily set aside a sentence. However, Congress vests authority to grant furloughs in the Bureau of Prisons. 18 U.S.C. § 3622(a). "Where a statute specifically addresses the particular issue at hand, it is that authority, and not the All Writs Act, that is controlling." Bania v. Fed. Bureau of Prisons, No. 10-2212, 2011 WL 882096, at *3 (D. Minn. Feb. 24, 2011) (quoting Penn. Bureau of Corr. v. U.S. Marshals Serv., 474 U.S. 34, 43 (1985)). In the present case, 28 U.S.C. § 3622 controls. Therefore, defendant must seek his

temporary release from the Bureau of Prisons.  The court will send notice of the request to the warden at FPC Duluth.

Accordingly, **IT IS HEREBY ORDERED** that the motion [ECF No. 78] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 6, 2012

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court